IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MEGAN STYLES, | ) |
| | ) |
| Plaintiff, | ) Case No.: 3:13-cv-130 |
| | ) |
| vs. | ) |
| | ) |
| CALEDONIA FINANCIAL SERVICES, LLC, | ) |
| OPTIMAL BILLING SOLUTIONS, LLC, and | ) |
| KEVIN B. WILSON LAW OFFICES, | ) Jury Trial Demanded |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE OF VOLUTARY DISMISSAL OF DEFENDANT, KEVIN B. WILSON LAW OFFICES, WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and her attorney, that the above-entitled action against Defendant, KEVIN B. WILSON LAW OFFICES, shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to either party and that a judgment of dismissal with prejudice may be entered ONLY as to the Defendant, KEVIN B. WILSON LAW OFFICES, in the above-entitled action pursuant hereto.

Respectfully submitted this 14th day of May, 2013.

Attorney for Plaintiff

*/s/Brent T. Strunk*
Brent T. Strunk (023050)
Brackett & Strunk, PLLC
1104 Merchants Drive, Suite 101
Knoxville, TN 37912
(865)688-0868

1

## CERTIFICATE OF SERVICE

       I hereby certify that on May 14, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic case filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic case filing system.

                                        ***/s/Brent T. Strunk***
                                        Brent T. Strunk
                                        Attorney for Plaintiff